# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | } | |
| | } | |
| **v.** | } | |
| | } | |
| **RICHARD GRADY ROMANS,** | } | Case No.: 5:17-cr-546-MHH-JHE |
| | } | |
| **Defendant.** | } | |

## ORDER

On May 31, 2023, the Court asked the government to respond to Mr. Romans's motion for resentencing and for appointment of counsel no later than June 14, 2023. (Docs. 40, 41). To date, the Court has not received a response from the government. If the government wishes to respond to Mr. Romans's motion, the government must file its response no later than June 29, 2023.

**DONE** and **ORDERED** this June 23, 2023.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE