# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 5:17-cr-00546-MHH-JHE |
| | ) | |
| **RICHARD GRADY ROMANS** | ) | |

## GOVERNMENT'S MOTION FOR LEAVE
## TO FILE RESPONSE OUT OF TIME

COMES NOW the United States of America moves this Honorable Court for leave to file a response out of time.  On or about May 26, 2023, RICHARD GRADY ROMANS filed a motion seeking resentencing pursuant to *United States v. Dupree*, 57 F.4th 1269 (11th Cir. 2023).  (Doc. 40).  Thereafter the Court entered an Order on or about May 31, 2023, setting a deadline of June 14, 2023, for the government to file a response.  (Doc. 41).  On or about June 23, 2023, after the government failed to respond, this Court entered a second Order wherein it stated, "[i]f the government wishes to respond to Mr. Roman's motion, the government must file its response no later than June 29, 2023."  (Doc. 42).  Again, the government failed to respond.

The original AUSA that prosecuted this case retired from the United States Attorney's Office in December 2022.  No other AUSA was assigned to the case, so the ECF's ordering a response were not received by an AUSA.  This was brought to the attention of the United States Attorney's Office on January 19, 2024.

Undersigned counsel was assigned this case on January 22, 2024.  The failure of the government to respond in a timely manner was an unfortunate oversight.  As such, the government prays this Court will allow an out of time response to ROMANS's motion.  A copy of the response is attached to this motion.

 Respectfully submitted this 24th day of January, 2024.

             PRIM F. ESCALONA
             United States Attorney


             /s/  *Electronic Signature*
             DAVIS BARLOW
             Assistant United States Attorney

## CERTIFICATE OF SERVICE

 I hereby certify that the foregoing has been filed with the Court using the Court's CM/ECF system and by mailing a hard copy of same to the following address, via US Postal Service on this the 24th day of January, 2024.

Richard Grady Romans
Register # 15934-074
FCI Talladega
Federal Correctional Institution
PMB 1000
Talladega, AL 35160

             */s/Electronic Signature*
             DAVIS BARLOW
             Assistant United States Attorney