# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | } |
| | } |
| v. | } |
| | } |
| RICHARD GRADY ROMANS, | } Case No.: 5:17-cr-546-MHH-JHE |
| | } |
| Defendant. | } |

## ORDER

The government has filed a motion for leave to file an out-of-time response to Mr. Romans's motion for resentencing; the government attached its response as an exhibit to its motion. (Docs. 40, 44; Doc. 44-1). For good cause shown, the Court grants the government's motion. The Court will consider the government's response at Doc. 44-1 when evaluating Mr. Romans's motion for resentencing.

Mr. Romans may file a reply to the government's response on or before March 13, 2024.

The Court directs the Clerk of Court to please send a copy of this order and Doc. 44-1 to Mr. Romans at his address on file with the Court.

**DONE** and **ORDERED** this February 13, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE