IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 5:17-cr-00546-MHH-JHE |
| | ) | |
| RICHARD GRADY ROMANS | ) | |

## Pro se motion for appointment of counsel

On or about May 26, 2023, RICHARD GRADY ROMANS filed a motion seeking resentencing pursuant to United States v. Dupree, 57 F.4th 1269 (11th Cir. 2023). (Doc. 40). On January 24th, 2024, the government filed a response. (Doc. 44). Mr. Romans' reply is due by March 13th, 2024.

Mr. Romans was assisted by a non-attorney friend outside of prison with preparing his motion for resentencing (Doc. 40). That friend is woefully unqualified to assist Mr. Romans in preparing a reply to the government's response.

Mr. Romans has no financial resources and respectfully asks this court to appoint counsel to prepare Mr. Roman's reply to the government.

Thank you,

*Richard L. Romans* (signature)

Date: 3 /01 /2024

Richard Grady Romans
Register # 15934-074
FCI Talladega
Federal Correctional Institution
PMB 1000
Talladega, AL 35160